# SUPREME COURT OF THE STATE OF NEW YORK
## Appellate Division, Fourth Judicial Department

**1316**
**CA 12-00950**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, SCONIERS, AND WHALEN, JJ.

---

BRENDA FRANK, AS PARENT AND NATURAL GUARDIAN
OF ALAINA FRANK, AN INFANT,
PLAINTIFF-APPELLANT-RESPONDENT,

V                                                                    ORDER

THE ROCHESTER GENERAL HOSPITAL, DOING BUSINESS
AS ROCHESTER GENERAL HOSPITAL,
DEFENDANT-RESPONDENT-APPELLANT,
ET AL., DEFENDANTS.

---

HOGAN WILLIG, AMHERST (JENNIFER L. FAY OF COUNSEL), FOR
PLAINTIFF-APPELLANT-RESPONDENT.

BROWN & TARANTINO, LLC, ROCHESTER (JEFFREY S. ALBANESE OF COUNSEL),
FOR DEFENDANT-RESPONDENT-APPELLANT.

---

Appeal and cross appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered September 9, 2011. The order denied the motion of plaintiff to strike the answer of defendant The Rochester General Hospital, doing business as Rochester General Hospital, and ordered that an adverse inference charge shall be given at trial.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs (*see Coleman v Putnam Hosp. Ctr.*, 74 AD3d 1009, *lv dismissed* 15 NY3d 857, 16 NY3d 884).

Entered:  December 21, 2012                    Frances E. Cafarell
                                               Clerk of the Court